IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:17-po-3307 |
| v. | ) | |
| | ) | Hon. Theresa C. Buchanan |
| DORTHY ANN DUFF | ) | |
| | ) | Trial Date: January 25, 2018 |
| | ) | |
| Defendant. | ) | |

## ORDER

On this ___ day of January, 2018 came on for the Court's consideration the Government's Motion to Use Electronic Courtroom Presentation Equipment, and, having considered the same, the Court is of the opinion that the motion should be, and is hereby, GRANTED.  So Ordered.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

HON. THERESA C. BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Date: _____

Alexandria, Virginia