Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Dorothy Ann Duff                                  Docket No. 1:17PO-3307

### Petition on Probation

COMES NOW Daniellia B. Gilliam, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dorothy Ann Duff, who was placed on supervision by the Honorable Theresa Carroll Buchanan, United States Magistrate Judge, sitting in the Court at Alexandria, Virginia, on the 8th day of March, 2018, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

RETURNABLE ON: 7-31-18 @ 10:00am

**ORDER OF COURT**

Considered and ordered this 11th day of July, 2018 and ordered filed and made a part of the records in the above case.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa C. Buchanan
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Du B. GM  2018.07.10 15:09:15 -04'00'

Daniellia B. Gilliam
U.S. Probation Officer
703-366-2145

Place Manassas, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation or Supervised Release**
**Page 2**

**RE: DUFF, Dorothy Ann**

OFFENSE: Driving Under the Influence of Alcohol and/or Drugs, in violation of Title 36, C.F.R., Section 4.23(a)(1).

SENTENCE: On March 8, 2018, Ms. Duff appeared before Your Honor for sentencing on the aforementioned offense. At that time, she was placed on 2 years supervised probation with the following special conditions:

1. The defendant (currently in custody) shall serve 4 months in jail with credit for time served;

2. The defendant shall enter and successfully complete an alcohol treatment and/or education program at the direction of the probation officer;

3. The defendant may not operate a motor vehicle at all for the first year of probation. Upon the successful completion of probation during the first year, the defendant may operate a motor vehicle for the second year of probation only with an ignition interlock device and only (a) to and from work, (b) during the course of work, if required as incident of employment (c) to and from this court, the probation office and the alcohol treatment program;

4. The defendant may not consume alcohol and/or any drugs without a valid prescription;

5. The defendant shall pay a $500 fine, a $30 processing fee and a $10 special assessment fee, to be paid within 1 year after release from jail.

ADJUSTMENT TO SUPERVISION: On May 3, 2018, Ms. Duff was released from the Bureau of Prisons to a State detainer for pending charges. On May 11, 2018, she was released from State custody and probation commenced that date.

Ms. Duff resides in Fairfax, Virginia, with her husband and is currently unemployed.

On June 11, 2018, Ms. Duff was evaluated at the Fairfax Alcohol Safety Action Program and it was recommended that she participate in outpatient treatment.

VIOLATIONS: The following violations are submitted for the Court's consideration:

**CONDITION 7:** **USE OF PHENCYCLIDINE**

On June 21 and 25, 2018, Ms. Duff submitted urine specimens which were positive for phencyclidine.

On June 25, 2018, during an office visit, Ms. Duff admitted to this officer that she had used on two separate occasions.

DBG/cmf