UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Dorothy Ann DuffDocket No. 1:17PO3307

Addendum to
Petition on Probation

Please allow the information below to be added to the Petition submitted to the Court on July 10, 2018, and addendums submitted to the Court on July 20 and July 26, 2018.

**CONDITION 7:USE OF PHENCYCLIDINE**

After Court on July 31, 2018, Ms. Duff reported to the Probation Office and submitted a urine specimen which preliminarily tested positive for phencyclidine. Confirmation has been requested and is pending.

ORDER OF COURT

Considered and ordered this 1st day of August, 2018, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.

/s/
The Honorable Theresa Carroll Buchanan
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Randall E. Hyler
Digitally signed by Randall E. Hyler
Date: 2018.08.01 12:16:43 -04'00'

Randall E. Hyler
Supervising U.S. Probation Officer
703-366-2101

Place Manassas, Virginia